IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZACH HILLESHEIM,<br><br>        Plaintiff,<br><br>vs.<br><br>EON PROPERTIES LLC,<br><br>        Defendant. | **8:17CV424**<br><br>**JUDGMENT** |

Pursuant to the parties' stipulation for dismissal of this case, ([Filing No. 20](#)),

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's claims against Eon Properties LLC are dismissed with prejudice, the parties to pay their own costs and attorney fees.

Dated this 4th day of May, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge